UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPRI LAWSON, et al., | ) |
| | ) NO. 3:13-418 |
| v. | ) JUDGE SHARP |
| | ) |
| 15th JUDICIAL DRUG TASK FORCE, et al., | ) |

## ORDER

Pending before the Court is a Motion to Consolidate (Docket No. 25) filed by Defendants Charles Hooper, Smith County, Tennessee, Smith County Sheriff's Department and Christopher Michael Jenkins.

The motion is GRANTED and this case is hereby consolidated with *Casey Lawson, v. 15th Judicial Task Force, et al, Case No. 3:13-0420*, for discovery and case management purposes only. The parties may file an additional motion to consolidate the trial following the completion of discovery

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE