UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPRI LAWSON, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 3:13-0418 |
| v. ) | Judge Sharp/Bryant |
| ) | **Jury Demand** |
| 15TH JUDICIAL DRUG TASK FORCE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants ) | |

| | |
|---|---|
| CASEY LAWSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0420 |
| v. ) | Judge Sharp/Bryant |
| ) | **Jury Demand** |
| 15TH JUDICIAL DRUG TASK FORCE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

In these two related cases, motions have been filed to ascertain status of these cases, particularly with regard to the status of their consolidation. These motions have been prompted by the order entered in Case No. 3:13-0420 directing the parties to confer and file by June 20, 2014, a proposed revised case management order (Docket Entry No. 38).

These two motions to ascertain status are **GRANTED**. These cases have previously been consolidated by order of the District Judge for purposes of discovery and case management only. This order of consolidation remains in effect. Therefore, the order

entered June 9, 2014, in Case No. 3:13-420 should properly have been entered in both cases. Therefore, counsel shall confer and file by **June 20, 2014**, a proposed revised case management order that will apply to both of these cases.

It is so **ORDERED**.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge