IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPRI LAWSON, *et. al,* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>15TH JUDICIAL DRUG TASK FORCE, *et. al,* )<br>)<br>Defendants. ) | No. 3:13-CV-0418<br><br>JURY DEMAND<br>JUDGE SHARP/BRYANT<br><br>*Consolidated for purposes of case management and discovery with* |
| CASEY LAWSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>15TH JUDICIAL DRUG TASK FORCE, *et. al,* )<br>)<br>Defendants. ) | No. 3:13-CV-0420<br><br>JURY DEMAND<br>JUDGE SHARP/ BRYANT |

**ORDER:** Motion granted. A discovery conference by telephone is scheduled for February 19, 2015, at 10:00 A.M. Counsel shall call 877-336-1828 and enter access code 3422454# to participate.

John Bryant
USMJ

## DEFENDANTS' MOTION FOR DISCOVERY CONFERENCE

Come now the Defendants, by and through counsel, and pursuant to Local Rules 16.01 and 37.01, and the Revised Case Management Order (3:13-cv-0418: D.E. 50; 3:13-cv-420: D.E. 43), and respectfully move this Court for a telephonic discovery conference with all parties in this matter.

In support of this motion, Defendants state that Plaintiffs, Capri Lawson, Joshua Kleinhaus and Casey Lawson have not fully answered the written discovery propounded to them by some or all of the Defendants as required by Rule 33 of the Federal Rules of Civil Procedure.

Pursuant to the Revised Case Management Order, all written discovery and the