# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAPRI LAWSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:13-cv-00418 |
| v. ) | |
| ) | Judge Sharp |
| 15th JUDICIAL DRUG TASK FORCE, ) | Magistrate Judge Bryant |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiffs Capri Lawson, Joshua Kleinhans, and Capri Lawson as next friend for two minors, D.G. and C.S. (collectively "Plaintiffs"), filed this action pursuant to 42 U.S.C. § 1983 against a state law enforcement entity, two Tennessee counties, and five individual law enforcement officers (collectively "Defendants"). Plaintiffs allege violations of their federal constitutional rights under the Fourth, Fifth, and Fourteenth Amendments. Plaintiffs also assert state law claims for malicious prosecution, conversion, negligent supervision, intentional interference with business relationships, and bad faith seizure. In three separate motions, all Defendants have moved for summary judgment on all of Plaintiffs' claims. (Docket Nos. 85, 88, and 100).

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 117) in which he recommends that Defendants' motions for summary judgment be granted and this case dismissed. Despite being advised that any objection needed to be filed within fourteen days, Plaintiffs have filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court

hereby rules as follows:

1) The Report and Recommendation (Docket No. 117) is ACCEPTED and APPROVED;

2) Defendants' Motions for Summary Judgment (Docket Nos. 85, 88, and 100) are GRANTED;

3) All other pending motions (Docket No. 72) are TERMINATED AS MOOT; and

4) This case is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE